**Order entered March 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01330-CV

### JOHN C. GOLFIS, ET AL., Appellants

### V.

### EDWARD "LANNY" HOUILLION, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-13053**

## ORDER

We **GRANT** appellees' February 28, 2014 motion for an extension of time to file a brief

**TO THE EXTENT** that appellees shall file their brief on or before **MONDAY, MARCH 24,**

**2014**. We caution appellees that no further extension of time will be granted in this accelerated

appeal absent extraordinary circumstances.

/s/    ADA BROWN
JUSTICE